**EDWARD B. GELLER, ESQ., P.C.**
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

December 21, 2016

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Re: Case No. 1:16-cv-05961-DLI-VMS
    Hahn v. Synchrony Bank

Dear Judge Scanlon:

I represent Plaintiff Menachem Hahn in the above matter.

I am pleased to report that the parties have just reached a settlement in this matter.   Please issue a 30 day order to allow the parties time to prepare and execute the settlement documents

Thank you for your consideration and attention to this matter.


Very truly yours,

*/s/ Edward B. Geller*

Edward B. Geller
EBG/pw