UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

MENACHEM HAHN,

        Plaintiff,                         Case No. 16-cv-05961

        -against-                      STIPULATION OF DISMISSAL

SYNCHRONY BANK,                        WITH PREJUDICE

        Defendants.

-------------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Menachem Hahn ("Plaintiff") and Defendant SYNCHRONY BANK, by and through their respective counsel of record file this Stipulation of Dismissal with Prejudice on account of settlement and in support thereof state as follows:

    1.    Because of disputes over liability and damages and because of the uncertainties of litigation, Plaintiff and Defendant have compromised and settled all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in the above captioned action, filed under case no. 16-cv-05961 and Plaintiff no longer wishes to pursue this action against Defendant.

    2.    Each party entered into the settlement agreement voluntarily and knowingly, and understands fully the meaning and effect of its executing said

agreement. The parties agree that the terms of the settlement agreement are just and fair.

3. Defendant has asserted no counterclaim against Plaintiff.

4. The parties agree that this action should be dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs..

Dated: January 20, 2017

Respectfully submitted,

Edward B. Geller, Esq., P.C.

By /s/Edward B. Geller, Esq.

15 Landing Way

Bronx, New York  10464

Tel: (914)473-6783

Attorney for Plaintiff


Reed Smith LLP

By /s/Nana Japaridze, Esq.

599 Lexington Avenue

New York, NY  10022

Tel: (212) 549-0282

Attorney for Defendant